

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

October 19, 2017

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: <u>In re Duke</u>, Docket No. 17-xxxx

Dear Ms. Wolfe,

We submit this letter to advise the Court that we are in receipt of the motion for emergency relief filed by the United States Department of Justice in the above-captioned matter. We intend to respond to that motion well before the deadline of 9 a.m. on Friday, October 20, 2017, requested by the United States.

Respectfully submitted,

BARBARA D. UNDERWOOD
Solicitor General

cc: Counsel for all parties (by email)