# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

October 19, 2017

<u>VIA EMAIL</u>

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**Re:** *In Re Duke*, **Docket No. 17-xxxx**

Dear Ms. Wolfe,

    Plaintiffs in *Batalla Vidal et al v. Duke et al.*, 16-CV-4756 (NGG)(JO), submit this letter to advise the Court that we are in receipt of the motion for emergency relief filed by the United States Department of Justice in the above-captioned matter. We intend to respond to that motion before the deadline of 9 a.m. on Friday, October 20, 2017, requested by the United States.


Respectfully submitted,

/s/ Michael J. Wishnie, Esq.

  Michael J. Wishnie, Esq. (MW 1952)
  JEROME N. FRANK LEGAL SVCS. ORG.
  michael.wishnie@ylsclinics.org
  Phone: (203) 432-4800

  cc: Counsel for all parties (by email)