## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re United States          Docket No.: 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Abby Wright

Firm: U.S. Department of Justice

Address: 950 Pennsylvania Ave. NW, Washington DC 20530

Telephone: 202-514-2000     Fax: 202-514-8151

E-mail: Abby.Wright@usdoj.gov

Appearance for: petitioners
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Mark B. Stern )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 14, 2014      OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: _____

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

                                                            s/ Abby C. Wright
                                                           ABBY C. WRIGHT