## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Elaine Duke  **Docket No.:** 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anisha S. Dasgupta

Firm: New York Office of the Attorney General

Address: 120 Broadway, 25th Floor

Telephone: 212-416-8921  Fax: 212-416-6350

E-mail: anisha.dasgupta@ag.ny.gov

Appearance for: State of New York, et al. (17 State Respondents)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Barbara D. Underwood )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A (admitted 8/4/2014)  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s Anisha S. Dasgupta

Type or Print Name: Anisha S. Dasgupta