# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Elaine Duke  **Docket No.:** 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** David S. Frankel

**Firm:** New York Office of the Attorney General

**Address:** 120 Broadway, 25th Floor

**Telephone:** (212) 416-6197   **Fax:** 212-416-6350

**E-mail:** david.frankel@ag.ny.gov

**Appearance for:** State of New York, et al. (17 State Respondents)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Barbara D. Underwood )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on  N/A (admitted 3/2/2017)   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ David Frankel

**Type or Print Name:** David Frankel