# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand seventeen.

Before:      José A. Cabranes,
                    *Circuit Judge.*

_____

In Re: Elaine C. Duke, Acting Secretary of Homeland Security,

--------------------------------------------------------------

Elaine C. Duke, Acting Secretary of Homeland Security, Jefferson B. Sessions III, United States Attorney General, Donald J. Trump, President of the United States, United States Citizenship and Immigration Services, United States Immigration and Customs Enforcement, United States of America,

      *Petitioners*,

v.

Martin Jonathan Batall Vidal, Make the Road New York, Antonio Alarcon, Eliana Fernandez, Carlos Vargas, Mariano Mondragon, Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals, State of New York, State of Massachusetts, State of Washington, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Iowa, State of New Mexico, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia, State of Colorado,

      *Respondents*.

_____

**ORDER**

Docket No. 17-3345

      The Government's emergency motion for a stay of discovery and record supplementation in the proceedings before the district court is GRANTED pending its consideration by a regular three-judge panel of the Court, it being understood that during the pendency of this emergency motion and the stay hereby granted no rights or claims of rights of any of the parties shall have

been waived or forfeited. The stay is contingent upon the Government filing the "full petition for a writ of mandamus", as described in its papers, on October 23, 2017 by 3:00 p.m. EST.  It is so ordered.

    For the Court**:**

    Catherine O'Hagan Wolfe,
    Clerk of Court