NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In re Elaine Duke**   Docket No.: **17-3345**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Michael J. Wishnie**

Firm: **Jerome N. Frank Legal Services Organization**

Address: **Yale Law School, 127 Wall St., New Haven, CT 06511**

Telephone: **203-436-4780**   Fax: **203-432-1426**

E-mail: **michael.wishnie@ylsclinics.org**

Appearance for: **Batalla Vidal Plaintiff-Respondents**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Muneer Ahmad, Jerome N. Frank LSO** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **June 10, 2014** _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Michael J. Wishnie**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

/s/ Michael J. Wishnie
Michael J. Wishnie