## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re Elaine Duke et al.   Docket No.: 17-3345

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Genevieve C. Nadeau

Firm: Massachusetts Attorney General's Office

Address: One Asburton Place, Boston, MA 02108

Telephone: (617) 963-2121   Fax: (617) 727-5762

E-mail: genevieve.nadeau@state.ma.us

Appearance for: State of New York et al. (17 State Respondents)
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Anisha S. Dasgupta / New York Attorney General's Office )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on (admitted today, October 23, 2017)   OR

☐ I applied for admission on _____ .

Signature of Counsel: *Genevieve Nadeau*

Type or Print Name: Genevieve C. Nadeau