**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In re Elaine Duke          Docket No.: 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Karen C. Tumlin

Firm: National Immigration Law Center

Address: 3450 Wilshire Blvd. #108-62, Los Angeles, CA 90010

Telephone: 213-674-2850          Fax: 213-639-3911

E-mail: tumlin@nilc.org

Appearance for: Batalla Vidal Plaintiff-Respondents
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Muneer Ahmad, Jerome N. Frank LSO )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 24, 2014          OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Karen C. Tumlin

Type or Print Name: Karen C. Tumlin

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

/s/ Karen C. Tumlin
Karen C. Tumlin