**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In re Elaine Duke  Docket No.: 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Justin B. Cox

Firm: National Immigration Law Center

Address: P.O. Box 170208, Atlanta, GA 30317

Telephone: 678-279-5441   Fax: 213-639-3911

E-mail: cox@nilc.org

Appearance for: Batalla Vidal Plaintiff-Respondents
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Muneer Ahmad, Jerome N. Frank LSO)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 19, 2014   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Justin B. Cox

Type or Print Name: Justin B. Cox

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

/s/Justin B. Cox
Justin B. Cox