**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 17-3345

**Caption [use short title]**

**Motion for:** Motion for Admission of Law Students

Under Local Rule 46.1(e)

In Re Duke, et al.

Set forth below precise, complete statement of relief sought:

Respondents request that this Court admit

David Chen, Susanna Evarts, and Victoria Roeck

as eligible law students to appear in this Court under

supervision of the undersigned attorney.

**MOVING PARTY:** Batalla Vidal, et al.

**OPPOSING PARTY:** Duke, et al.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Michael Wishnie

**OPPOSING ATTORNEY:** Mark B. Stern

[name of attorney, with firm, address, phone number and e-mail]

Jerome N. Frank Legal Services Org.

Appellate Staff, Civil Division, U.S. Dep't of Justice

P.O. Box 209090 New Haven, CT 06511

950 Pennsylvania Avenue NW

203-432-4800 Michael.Wishnie@ylsclinics.org

Washington, D.C. 20530, 202-514-2000

**Court-Judge/Agency appealed from:** Eastern District of New York, Judge Nicholas G. Garaufis

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Michael J. Wishnie   **Date:** 10/26/2017   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

|  |  |  |
|---|---|---|
| In Re: ELAINE C. DUKE, Acting Secretary of Homeland Security | ) ) ) ) | |
| ELAINE C. DUKE, Acting Secretary of Homeland Security, et al., | ) ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Docket No. 17-3345 |
| MARTIN JONATHAN BATALLA VIDAL, et al., | ) ) ) ) | |
| Respondent. | ) ) | |

## Declaration of Michael Wishnie

Pursuant to Local Rule 27.1(a)(3), MICHAEL WISHNIE states as follows:

1.  I am an attorney in the Jerome N. Frank Legal Services Organization, P.O.
    Box 209090, New Haven, CT 06511. I represent the Respondents in this
    appeal.

2.  I am the Willian O. Douglas Clinical Professor in Law at Yale Law School,
    where I supervise the Worker and Immigrant Rights Advocacy Clinic.

3.  I submit this declaration in support of Respondents' motion for the
    admission of three of my students, David Chen, Susanna D. Evarts, and

Victoria Roeck, to practice as eligible law students to appear in this court under my supervision.

4.  I am a member of the bar of this court, and consent to supervise the students, assume professional responsibility for the students' work, and assist the students to the extent necessary.

5.  I will introduce and appear with the students in all proceedings before this court and be prepared to supplement any written or oral statements made by the students to this court or opposing counsel.

6.  Mr. Chen, Ms. Evarts, and Ms. Roeck are enrolled at Yale Law School, an ABA-accredited law school, and have completed at least four semesters of legal studies.

7.  They are qualified to provide the legal representation permitted by Local Rule 46.1.

8.  The Respondents do not pay any compensation or remuneration for the student's services.

9.  Mr. Chen, Ms. Evarts, and Ms. Roeck are familiar and will comply with the ABA's Model Rules of Professional Conduct, FRAP, the rules of this court, and any other federal rules relevant to the appeal in which the students are appearing.

10. It is respectfully requested that the Court grant this motion and admit Mr.

   Chen, Ms. Evarts, and Ms. Roeck to practice under my supervision under

   Local Rule 41.6(e).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Haven, Connecticut, on this 26 day of October, 2017.

s/ Michael J. Wishnie
Michael J. Wishnie
Jerome N. Frank Legal Services
Organization
P.O. Box 209090
New Haven, CT 06511
(203) 432-4800
Michael.Wishnie@ylsclinics.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Michael J. Wishnie
Michael Wishnie, Supervising Attorney
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06511
(203) 432-4800
Michael.Wishnie@ylsclinics.org