United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize _Victoria Roeck_, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of ~~WDA~~ _MRNY_ (agency) in _InReDuke_, Second Circuit Docket Number _17-3345_.

I certify that (✓) I am or (✓) the _MRNY_ (agency) is not paying any compensation or other remuneration for the student's services.

_10/20/17_
(Date)

(Client's or Authorized Representative's Signature)

_Make The Road NY, Amy S Taylor, Legal Director_
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

_10/27/17_
(Date)

(Supervising Attorney's Signature)

Michael J. Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( ✔ ) completed at least four (4) full-time semesters of an ABA-accredited law school or the equivalent or ( ___ ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/23/17
(Date)

(Student's Signature)

VICTORIA ROECK
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✔ ) has completed at least four (4) full-time semesters of law school or the equivalent or ( ___ ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/26/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize Victoria Roeck, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of N/A (agency) in InReDuke, Second Circuit Docket Number 17-3345.

I certify that ( ✓ ) I am or (  ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

10/25/17
(Date)

_Martin Batalla_
(Client's or Authorized Representative's Signature)

_Martin J Batalla_
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

10/25/17
(Date)

(Supervising Attorney's Signature)

MichaelJ.Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( ✔ ) completed at least four (4) full-time semesters of an ABA-accredited law school or the equivalent or (___) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/23/17
(Date)

_____
(Student's Signature)

VICTORIA ROECK
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that __Yale Law School__ (law school) is ABA-accredited and that this student ( ✔ ) has completed at least four (4) full-time semesters of law school or the equivalent or (___) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/26/17
(Date)

_____
(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize **Victoria Roeck**, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of **N/A** (agency) in **InReDuke**, Second Circuit Docket Number **17-3345**.

I certify that (✓) I am or ( ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

**10/25/17**
(Date)

_____
(Client's or Authorized Representative's Signature)

**Antonio Alarcon**
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

**10/25/17**
(Date)

_____
(Supervising Attorney's Signature)

**Michael J. Wishnie**
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( ✔ ) completed at least four (4) full-time semesters of an ABA-accredited law school or the equivalent or ( ___ ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/23/17
(Date)

(Student's Signature)

VICTORIA ROECK
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✔ ) has completed at least four (4) full-time semesters of law school or the equivalent or ( ___ ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/26/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

---

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

   I authorize **Victoria Roeck**, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of **N/A** (agency) in **InReDuke**, Second Circuit Docket Number **17-3345**.

   I certify that ( ✓ ) I am or ( ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

   **10/23/2017**
   (Date)

   **Carolina Fung Feng**
   (Client's or Authorized Representative's Signature)

   **Carolina Fung Feng**
   (Print Client's Name or Authorized Representative's Name and Title)

   (Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

   I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

   **10/25/17**
   (Date)

   _____
   (Supervising Attorney's Signature)

   **Michael J. Wishnie**
   (Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( ✔ ) completed at least four (4) full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/23/17
(Date)

(Student's Signature)

VICTORIA ROECK
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✔ ) has completed at least four (4) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/26/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize **Victoria Roeck**, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of **N/A** (agency) in **InReDuke**, Second Circuit Docket Number **17-3345**.

I certify that ( ✓ ) I am or ( ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

**10/25/17**
(Date)

(Client's or Authorized Representative's Signature)

**Carlos Vargas**
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

**10/25/17**
(Date)

(Supervising Attorney's Signature)

**Michael J. Wishnie**
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( ✔ ) completed at least four (4) full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/23/17
(Date)

(Student's Signature)

VICTORIA ROECK
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✔ ) has completed at least four (4) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/26/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

| ROBERT A. KATZMANN | CATHERINE O'HAGAN WOLFE |
|---|---|
| CHIEF JUDGE | CLERK OF COURT |

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize __Victoria Roeck__, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of __N/A__ (agency) in __InReDuke__, Second Circuit Docket Number __17-3345__.

I certify that ( ✓ ) I am or ( __ ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

__10/23/2017__  __[signature]__
(Date)  (Client's or Authorized Representative's Signature)

__Eliana Fernandez__
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

__10/25/17__  __[signature]__
(Date)  (Supervising Attorney's Signature)

Michael J. Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( ✔ ) completed at least four (4) full-time semesters of an ABA-accredited law school or the equivalent or ( __ ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/23/17
(Date)

(Student's Signature)

VICTORIA ROECK
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that ___Yale Law School___ (law school) is ABA-accredited and that this student ( ✔ ) has completed at least four (4) full-time semesters of law school or the equivalent or ( __ ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/26/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2