# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse     40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3345

**Motion for:** Motion for Admission of Law Students Under Local Rule 46.1(e)

**Caption [use short title]:** In Re Duke, et al.

Set forth below precise, complete statement of relief sought:

Respondents request that this Court admit Healy Ko, Hannah Schoen, and Emily Villano as eligible law students to appear in this Court under supervision of the undersigned attorney.

**MOVING PARTY:** Batalla Vidal, et al.
- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [✓] Appellee/Respondent

**OPPOSING PARTY:** Duke, et al.

**MOVING ATTORNEY:** Michael Wishnie

**OPPOSING ATTORNEY:** Mark B. Stern

[name of attorney, with firm, address, phone number and e-mail]

Jerome N. Frank Legal Services Org.
P.O. Box 209090 New Haven, CT 06511
203-432-4800 Michael.Wishnie@ylsclinics.org

Appellate Staff, Civil Division, U.S. Dep't of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530, 202-514-2000

**Court-Judge/Agency appealed from:** Eastern District of New York, Judge Nicholas G. Garaufis

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
- [✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes  [ ] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Michael J. Wishnie    **Date:** 10/26/2017    **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

---

**Form T-1080** (rev. 12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| In Re: ELAINE C. DUKE, Acting Secretary of Homeland Security )<br><br>ELAINE C. DUKE, Acting Secretary of Homeland Security, et al., )<br><br>               Petitioner, )<br>v. )<br><br>MARTIN JONATHAN BATALLA VIDAL, et al., )<br><br>               Respondent. ) | Docket No. 17-3345 |

## RESPONDENTS' MOTION FOR LAW STUDENT APPEARANCE

Respondents, by and through undersigned counsel, hereby respectfully move pursuant to Local Rule 46.1(e) to allow law students Healy Ko, Hannah Schoen, and Emily Villano to appear on Respondents' briefing before this Court.

Local Rule 46.1(e)(3)(A) provides that a law student who has completed four semesters and who meets other requirements may appear before this Court under appropriate supervision. Law Student Interns Ko, Schoen, and Villano have completed nearly three semesters and satisfy all other requirements. Respondents request that this Court waive the four-semester rule so that their names may appear on the brief. This motion is filed consistent with the instruction of the Clerk of the

Court that the names of law students without an appearance should not appear on briefs.

Respondents are represented free of charge by law students under faculty supervision at the Jerome N. Frank Legal Services Organization at Yale Law School. Law Student Interns Ko, Schoen, and Villano have been working on Respondents' case since September 2017 and were integrally involved in preparing the briefing before this Court. They are currently enrolled in their third semester of law school. This Court has waived the four-semester requirement in the past, including for the purpose of appearing on briefing. *See Liberian Community Assoc. of Connecticut v. Malloy*, No. 17-1558 (2d Cir.), ECF No. 36-1 (requesting leave for Law Student Intern Dana Bolger to appear on brief before completing four semesters); *id.*, ECF No. 41 (order granting leave); *Rodriguez v. Sessions*, No. 17-273 (2d Cir.), ECF No. 45 (same, as to Law Student Intern Richard Zacharias); *id.*, ECF No. 57 (order granting leave); and for the purpose of presenting argument, *see Maldonado v. Holder*, No. 10-3259 (2d Cir.), ECF No. 371 (requesting leave for Law Student Intern Trinity Brown to present oral argument before completing four semesters); *id.*, ECF No. 403 (order granting leave).

Statements from Respondents authorizing Ms. Ko, Ms. Schoen, and Ms. Villano to represent them before this Court, along with other required certifications, are included in the attached exhibits.

WHEREFORE, Respondents respectfully request that the Court grant leave to allow law students Healy Ko, Hannah Schoen, and Emily Villano to appear on their behalf before the Court.

DATED: October 26, 2017
New Haven, Connecticut

        Respectfully submitted,

        /s/ Michael J. Wishnie
        Michael Wishnie, Supervising Attorneys
        Jerome N. Frank Legal Services Org.
        P.O. Box 209090
        New Haven, CT 06511
        (203) 432-4800
        Michael.Wishnie@ylsclinics.org
        *Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Respectfully submitted,

        /s/ Michael J. Wishnie
        Michael Wishnie, Supervising Attorney
        Jerome N. Frank Legal Services Org.
        P.O. Box 209090
        New Haven, CT 06511
        (203) 432-4800
        Michael.Wishnie@ylsclinics.org