United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

---

~~LAW STUDENT PRACTICE FORM~~
To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

   I authorize __Healy Ko__, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of ~~MRNY~~ MRNY (agency) in __InReDuke__, Second Circuit Docket Number __17-3345__.

   I certify that ( ✓ ) I am or ( ✓ ) the __MRNY__ (agency) is not paying any compensation or other remuneration for the student's services.

   __10/20/17__ (Date) _____ (Client's or Authorized Representative's Signature)

   __Make The Road NY, Amy S Taylor, Legal Director__
   (Print Client's Name or Authorized Representative's Name and Title)

   (Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

   I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

   __10/26/17__ (Date) _____ (Supervising Attorney's Signature)

   Michael J. Wishnie
   (Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( X ) completed at least ~~four (4)~~ two 2 full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10.20.2017
(Date)

_healy ko_
(Student's Signature)

HEALY KO
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that __Yale Law School__ (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/27/17
(Date)

_[signature]_
(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven CT 06520
203-432-4800

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize __Healy Ko__, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of __N/A__ (agency) in __InReDuke__, Second Circuit Docket Number __17-3345__.

I certify that ( ✔ ) I am or ( __ ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

__10/25/17__
(Date)

__Martin Batalla__ (signature)
(Client's or Authorized Representative's Signature)

__Martin J Batalla__
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

__10/25/17__
(Date)

_____ (signature)
(Supervising Attorney's Signature)

Michael J. Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( X ) completed at least ~~four (4)~~ two 2 full-time semesters of an ABA-accredited law school or the equivalent or (___) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10.20.2017
(Date)

*healy ko*
(Student's Signature)

HEALY KO
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student (✓) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or (___) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/27/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize __Healy Ko_____, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of __N/A_____ (agency) in __InReDuke_____, Second Circuit Docket Number __17-3345__.

I certify that ( ✔ ) I am or ( __ ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

__10/25/17__
(Date)

__[signature]__
(Client's or Authorized Representative's Signature)

__Antonio Alarcon__
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

__10/25/17__
(Date)

__[signature]__
(Supervising Attorney's Signature)

__Michael J. Wishnie__
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( X ) completed at least ~~four (4)~~ two 2 full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10.20.2017
(Date)

_healy ko_
(Student's Signature)

HEALY KO
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that __Yale Law School__ (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/27/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven CT 06520
203-432-4800

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

---

## ~~LAW STUDENT PRACTICE FORM~~
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

   I authorize __Heck Ko_____, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of __N/A_____ (agency) in __InReDuke_____, Second Circuit Docket Number __17-3345__.

   I certify that (✓) I am or (__) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

   __10/23/2017__                __Carolina Fung Feng__
   (Date)                        (Client's or Authorized Representative's Signature)

   __Carolina Fung Feng__
   (Print Client's Name or Authorized Representative's Name and Title)

   (Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

   I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

   __10/25/17__                 _____
   (Date)                        (Supervising Attorney's Signature)

   Michael J. Wishnie
   (Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( X ) completed at least ~~four (4)~~ two 2 full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10.20.2017
(Date)

_healy ko_
(Student's Signature)

HEALY KO
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/27/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page 2 of 2

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

---

## LAW STUDENT PRACTICE FORM

### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize __Healy Ko__, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of __N/A__ (agency) in __InReDuke__, Second Circuit Docket Number __17-3345__.

I certify that (✓) I am or (__) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

__10/25/17__
(Date)

_____
(Client's or Authorized Representative's Signature)

__Carlos Vargas__
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

__10/25/17__
(Date)

_____
(Supervising Attorney's Signature)

Michael J. Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

   I certify that I have ( X ) completed at least ~~four (4)~~ two 2 full-time semesters of an ABA-accredited law school or the equivalent or ( ___ ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

   10.20.2017              *healy ko*
   (Date)                  (Student's Signature)

                           HEALY KO
                           (Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

   I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ___ ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

   10/29/17                *signature*
   (Date)                  (Dean or Faculty Member's Signature)

                           Michael Wishnie
                           (Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:        Clinic Name, Address, & Tel.:
Yale Law School                          Jerome N. Frank Legal Services Org.
127 Wall St.                             P.O. Box 209090
New Haven, CT 06520                      New Haven CT 06520
203-432-4992                             203-432-4800

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

ROBERT A. KATZMANN  CATHERINE O'HAGAN WOLFE
CHIEF JUDGE  CLERK OF COURT

**LAW STUDENT PRACTICE FORM**
To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize __Healy Ko_____, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of __N/A_____ (agency) in __InReDuke_____, Second Circuit Docket Number __17-3345__.

I certify that ( ✓ ) I am or ( __ ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

__10/23/2017__      _____
(Date)                     (Client's or Authorized Representative's Signature)

_____Eliana Fernandez_____
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

__10/25/2017__      _____
(Date)                     (Supervising Attorney's Signature)

Michael J. Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

I certify that I have ( X ) completed at least ~~four (4)~~ two 2 full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10.20.2017
(Date)

_healy ko_
(Student's Signature)

HEALY KO
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/29/17
(Date)

(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven, CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven CT 06520
203-432-4800

Law Student Practice Form
Revised 6/2016
Page **2** of **2**