**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**
**(212) 857-8500**

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize ___Hannich  Schoen___, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of ~~RFB~~ MRNY (agency) in InReDuke _____, Second Circuit Docket Number _17-3345_ .

I certify that ( ✔ ) I am or ( ✔ ) the MRNY (agency) is not paying any compensation or other remuneration for the student's services.

___10/20/17___
(Date)

_____
(Client's or Authorized Representative's Signature)

Make The Road NY, Amy STaylor, Legal Director
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

___10/21/17___
(Date)

_____
(Supervising Attorney's Signature)

MichaelJ.Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:

Jerome N. Frank Legal Services Org.
P.O. Box 205090
New Haven, CT 06520
203-432-4800

3. **To Be Completed by Law Student:**

      I certify that I have ( ✓ ) completed at least ~~four (4)~~ two (2) full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

10/19/2017
(Date)

_____
(Student's Signature)

Hannah Schoen
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

      I certify that Yale Law School (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

10/25/17
(Date)

_____
(Dean or Faculty Member's Signature)

Michael Wishnie
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:

Yale Law School
127 Wall St.
New Haven CT 06520
203-432-4992

Clinic Name, Address, & Tel.:

Jerome N Frank Legal Services Org.
P.O. Box 205090
New Haven, CT 06520
203-432-4800

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

## LAW STUDENT PRACTICE FORM
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize ___Hannah Schoen_____, a law student or recent
graduate, to appear in court or other proceedings and to prepare documents on my behalf or on
behalf of __N/A_____ (agency) in __InReDuke_____, Second Circuit Docket
Number __17-3345____ .

   I certify that ( ✔ ) I am or ( ___ ) the _____ (agency) is not paying any
compensation or other remuneration for the student's services.

___10/25/17_____          ___Martin Batalla_____
(Date)                        (Client's or Authorized Representative's Signature)

                             ___Martin J Batalla_____
                             (Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

   I certify that I am a member in good standing of the bar of this Court. I will carefully
supervise this student's work, assist the student to the extent necessary, assume professional
responsibility for the student's work and sign all documents the student prepares. I will
accompany and appear with the student in all proceedings before the Court and be prepared to
supplement any written or oral statements made by the student to the Court or opposing counsel.

___10/25/17_____          _____
(Date)                        (Supervising Attorney's Signature)

MichaelJ.Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:

_Jerome. N. Frank Legal Services Org._
_P.O. Box 205090_
_New Haven. CT 06520_
_203-432-4800_

3. **To Be Completed by Law Student:**

_two (2)_
I certify that I have ( ✓ ) completed at least ~~four (4)~~ full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

_10/19/2017_
(Date)

(Student's Signature)

_Hannah Schoen_
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that _Yale Law School_ (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ _two (2)_ full-time semesters of law school or the equivalent or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

_10/27/17_
(Date)

(Dean or Faculty Member's Signature)

_Michael Wishnie_
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
_Yale Law School_
_127 Wall St._
_New Haven CT 06520_
_203-432-4992_

Clinic Name, Address, & Tel.:
_Jerome N Frank Legal Services Org._
_P.O. Box 205090_
_New Haven, CT 06520_
_203-432-4800_

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**
**(212) 857-8500**

ROBERT A. KATZMANN                                                    CATHERINE O'HAGAN WOLFE
CHIEF JUDGE                                                           CLERK OF COURT

~~**LAW STUDENT PRACTICE FORM**~~
**To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear**

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1.  **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize _Hannah Schoen_____, a law student or recent
graduate, to appear in court or other proceedings and to prepare documents on my behalf or on
behalf of _N/A_____(agency) in _InReDuke_____, Second Circuit Docket
Number _17-3345_____.

I certify that ( ✔ ) I am or ( __ ) the _____(agency) is not paying any
compensation or other remuneration for the student's services.

_10/25/17_____                    _____
(Date)                                (Client's or Authorized Representative's Signature)

_Antonio Alarcon_
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2.  **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully
supervise this student's work, assist the student to the extent necessary, assume professional
responsibility for the student's work and sign all documents the student prepares. I will
accompany and appear with the student in all proceedings before the Court and be prepared to
supplement any written or oral statements made by the student to the Court or opposing counsel.

_10/25/17_____                    _____
(Date)                                (Supervising Attorney's Signature)

MichaelJ.Wishnie
_____
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:

Jerome. N. Frank Legal Services Org.
P.C. Box 205090
New Haven. CT 06520
203-432-4800

3.  **To Be Completed by Law Student:**

two (2)

I certify that I have (✓) completed at least ~~four (4)~~ full-time semesters of an ABA-accredited law school or the equivalent or (___) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

| | |
|---|---|
| 10/19/2017 | |
| (Date) | (Student's Signature) |

Hannah Schoen
(Print Student's Name)

4.  **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that Yale Law School (law school) is ABA-accredited and that this student (✓) has completed at least ~~four (4)~~ full-time semesters of law school or the equivalent or (___) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

two (2)

| | |
|---|---|
| 10/21/7 | |
| (Date) | (Dean or Faculty Member's Signature) |

Michael Wishnie
(Print Dean or Faculty Member's Name)

5.  **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
Yale Law School
127 Wall St.
New Haven CT 06520
203-432-4992

Clinic Name, Address, & Tel.:
Jerome N Frank Legal Services Org.
P.O. Box 205090
New Haven, CT 06520
203-432-4800

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**
**(212) 857-8500**

ROBERT A. KATZMANN                                    CATHERINE O'HAGAN WOLFE
Chief Judge                                                   Clerk Of Court

---

## ~~LAW STUDENT PRACTICE FORM~~
### To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

    I authorize _Hannah Schoen_ , a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of _N/A_ (agency) in _InReDuke_ , Second Circuit Docket Number _17-3345_ .

    I certify that ( ✔ ) I am or ( ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

    _10/23/2017_
    (Date)

    _Carolina Fung Feng_
    (Client's or Authorized Representative's Signature)

    _Carolina Fung Feng_
    (Print Client's Name or Authorized Representative's Name and Title)

    (Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

    I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

    _10/25/17_
    (Date)

    _____
    (Supervising Attorney's Signature)

    MichaelJ.Wishnie
    (Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:

_Jerome W. Frank Legal Services Org._
_P.O. Box 205090_
_New Haven, CT 06520_
_203-432-4800_

3. **To Be Completed by Law Student:**

*two (2)*

I certify that I have (✓) completed at least ~~four (4)~~ full-time semesters of an ABA-accredited law school or the equivalent or (___) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

_10/19/2017_
(Date)

(Student's Signature)

_Hannah Schoen_
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that _Yale Law School_ (law school) is ABA-accredited and that this student (✓) has completed at least ~~four (4)~~ full-time semesters of law school or the equivalent *two (2)* or (___) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

_10/25/17_
(Date)

(Dean or Faculty Member's Signature)

_Michael Wishnie_
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
_Yale Law School_
_127 Wall St._
_New Haven CT 06520_
_203-432-4992_

Clinic Name, Address, & Tel.:
_Jerome N Frank Legal Services Org._
_P.O. Box 205090_
_New Haven, CT 06520_
_203-432-4800_

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**
**(212) 857-8500**

ROBERT A. KATZMANN                                                    CATHERINE O'HAGAN WOLFE
CHIEF JUDGE                                                                      CLERK OF COURT

LAW STUDENT PRACTICE FORM
**To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear**

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1.  **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize ___Hannah Schoen___, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of **N/A** (agency) in **InReDuke**, Second Circuit Docket Number __17-3345__.

I certify that ( ✔ ) I am or ( __ ) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

___10/25/17___
(Date)

_____
(Client's or Authorized Representative's Signature)

___Carlos Vargas___
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2.  **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

___10/25/17___
(Date)

_____
(Supervising Attorney's Signature)

MichaelJ.Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:

_Jerome N. Frank Legal Services Org._
_P.O. Box 209090_
_New Haven, CT 06520_
_203-432-4800_

3. **To Be Completed by Law Student:**

    I certify that I have ( ✓ ) completed at least ~~four (4)~~ two (2) full-time semesters of an ABA-accredited law school or the equivalent or ( ___ ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

_10/19/2017_
(Date)

(Student's Signature)

_Hannah Schoen_
(Print Student's Name)

4. **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

    I certify that _Yale Law School_ (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ two (2) full-time semesters of law school or the equivalent or ( ___ ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

_10/25/17_
(Date)

(Dean or Faculty Member's Signature)

_Michael Wishnie_
(Print Dean or Faculty Member's Name)

5. **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
_Yale Law School_
_127 Wall St._
_New Haven CT 06520_
_203-432-4992_

Clinic Name, Address, & Tel.:
_Jerome N Frank Legal Services Org._
_P.O. Box 209090_
_New Haven, CT 06520_
_203-432-4800_

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**
**(212) 857-8500**

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

---

**LAW STUDENT PRACTICE FORM**
**To Be Submitted with a L.R. 46.1(e) Motion for Permission to Appear**

This five-part form must be completed and submitted together with a LR 46.1(e) motion.

1. **To Be Completed by the Client (including a government entity, if appropriate):**

I authorize _Hannah Schoen_, a law student or recent graduate, to appear in court or other proceedings and to prepare documents on my behalf or on behalf of _N/A_ (agency) in _InReDuke_, Second Circuit Docket Number _17-3345_.

I certify that ( ✔ ) I am or (___) the _____ (agency) is not paying any compensation or other remuneration for the student's services.

_10 23 2017_
(Date)

_____
(Client's or Authorized Representative's Signature)

_Eliana Fernandez_
(Print Client's Name or Authorized Representative's Name and Title)

(Please attach a separate approval for each client involved, if more than one.)

2. **To Be Completed by the Law Student's Supervising Attorney:**

I certify that I am a member in good standing of the bar of this Court. I will carefully supervise this student's work, assist the student to the extent necessary, assume professional responsibility for the student's work and sign all documents the student prepares. I will accompany and appear with the student in all proceedings before the Court and be prepared to supplement any written or oral statements made by the student to the Court or opposing counsel.

_10/25/17_
(Date)

_____
(Supervising Attorney's Signature)

Michael J. Wishnie
(Print Supervising Attorney's Name)

Firm (if any), Address & Tel.:

_Jerome N. Frank Legal Services Org._
_P.O. Box 205090_
_New Haven, CT 06520_
_203-432-4800_

3.  **To Be Completed by Law Student:**

two (2)
I certify that I have ( ✓ ) completed at least ~~four (4)~~ full-time semesters of an ABA-accredited law school or the equivalent or ( ) graduated from an ABA-accredited law school and am awaiting the results of the first bar examination or bar admission process of any state. I am familiar with and will comply with the ABA Code of Professional Responsibility, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

_10/19/2017_
(Date)

(Student's Signature)

_Hannah Schoen_
(Print Student's Name)

4.  **To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:**

I certify that _Yale Law School_ (law school) is ABA-accredited and that this student ( ✓ ) has completed at least ~~four (4)~~ full-time semesters of law school or the equivalent
two (2)
or ( ) has graduated and possesses, to the best of my knowledge, good character and competent legal skills.

_10/25/17_
(Date)

(Dean or Faculty Member's Signature)

_Michael Wishnie_
(Print Dean or Faculty Member's Name)

5.  **Law School and Clinic Contact Information:**

Law School Name, Address, & Tel.:
_Yale Law School_
_127 Wall St._
_New Haven CT 06520_
_203-432-4992_

Clinic Name, Address, & Tel.:
_Jerome N Frank Legal Services Org._
_P.O. Box 205090_
_New Haven, CT 06520_
_203-432-4800_