# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand and seventeen.

Before:     Dennis Jacobs,
               *Circuit Judge.*

_____

In Re: Elaine C. Duke, Acting Secretary of Homeland Security,

------------------------------------------------------------------

Elaine C. Duke, Acting Secretary of Homeland Security, Jefferson B. Sessions III, United States Attorney General, Donald J. Trump, President of the United States, United States Citizenship and Immigration Services, United States Immigration and Customs Enforcement, United States of America,

        Petitioners,

v.

Martin Jonathan Batalla Vidal, Make the Road New York, Antonio Alarcon, Eliana Fernandez, Carlos Vargas, Mariano Mondragon, Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals, State of New York, State of Massachusetts, State of Washington, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Iowa, State of New Mexico, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia, State of Colorado,

        Respondents.

_____

**ORDER**

Docket No. 17-3345

     Michael Wishnie, counsel for the individual respondents, moves for leave for David Chen, Susanna Evarts, Victoria Roeck, Healy Ko, Hannah Schoen, and Emily Villano, law students

affiliated with Yale Law School, Jerome N. Frank Legal Services Org., P.O. Box 209090, New Haven, CT 06511, Ph: 203-432-4800, to appear in this matter.

    IT IS HEREBY ORDERED that the motions are GRANTED, subject to the supervising attorney's obligations set forth in L.R. 46.1(e)(2).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

