NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re: Elaine Duke    Docket No.: 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua A. Rosenthal

Firm: National Immigration Law Center

Address: 1121 14th Street, Ste. 200, Washington D.C. 20005

Telephone: (202) 216-0261    Fax:

E-mail: rosenthal@nilc.org

Appearance for: Batalla Vidal Respondents
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: National Immigration Law Center, Jerome N. Frank Legal Services Org.)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Joshua A. Rosenthal

Type or Print Name: Joshua A. Rosenthal

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

/s/ Joshua A. Rosenthal
Joshua A. Rosenthal
