## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re. Elaine Duke  **Docket No.:** 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Mayra B. Joachin

**Firm:** National Immigration Law Center

**Address:** 3450 Wilshire Blvd. #108-62, Los Angeles, CA 90010

**Telephone:** 213-674-2830  **Fax:** 213-639-3911

**E-mail:** joachin@nilc.org

**Appearance for:** Batalla Vidal Plaintiff-Respondents
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: National Immigration Law Center, Jerome N. Frank LSO )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Mayra B. Joachin

**Type or Print Name:** Mayra B. Joachin

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

/s/ Mayra B. Joachin
Mayra B. Joachin