NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re. Elaine Duke _____  Docket No.: 17-3345 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jessica R. Hanson

Firm: National Immigration Law Center

Address: 3450 Wilshire Blvd. #108-62, Los Angeles, CA 90010

Telephone: 213-674-2811  Fax: 213-639-3911

E-mail: hanson@nilc.org

**Appearance for:** Batalla Vidal Plaintiff-Respondents

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☑ Additional counsel (co-counsel with: National Immigration Law Center, Jerome N. Frank LSO )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jessica R. Hanson

Type or Print Name: Jessica R. Hanson

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the district court's CM/ECF system.

/s/ Jessica R. Hanson
Jessica R. Hanson