# No. 17-3345

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

*In re* ELAINE DUKE, Acting Secretary of Homeland Security, et al.,

Petitioners.

**RESPONSE TO PETITIONERS' MOTION TO SET BRIEFING AND
ARGUMENT SCHEDULE BY *BATALLA VIDAL* RESPONDENTS**

David Chen, Law Student Intern
Susanna D. Evarts, Law Student Intern
Healy Ko, Law Student Intern
Victoria Roeck, Law Student Intern
Hannah Schoen, Law Student Intern
Emily Villano, Law Student Intern
Muneer I. Ahmad, Esq.
Michael J. Wishnie, Esq.
JEROME N. FRANK LEGAL SVCS. ORG.
michael.wishnie@yale.edu
Phone: (203) 432-4800

Joshua A. Rosenthal, Esq.
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street NW, Suite 200
Washington, DC 20005

Karen C. Tumlin, Esq.
Mayra B. Joachin, Esq.
Jessica R. Hanson, Esq.
Trudy S. Rebert, Esq.
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

Justin Cox, Esq.
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
Phone: (678) 279-5441

The *Batalla Vidal* Respondents join the State Respondents' Response to Petitioners' Motion, requesting that this Court reject the briefing and argument schedule Petitioners proposed and instead adopt the more expedited schedule the State Respondents propose. ECF No. 70. With respect to the *Batalla Vidal* Respondents, the reply deadline suggested by the State Respondents should not be onerous because Petitioners have had the *Batalla Vidal* Respondents' Answer to Petition for Writ of Mandamus since November 6, 2017, *see* ECF No. 55-1.

Respectfully submitted,

/s/ Jessica R. Hanson
_____

David Chen, Law Student Intern
Susanna D. Evarts, Law Student Intern
Victoria Roeck, Law Student Intern
Healy Ko, Law Student Intern
Hannah Schoen, Law Student Intern
Emily Villano, Law Student Intern
Muneer I. Ahmad, Esq.
Michael J. Wishnie, Esq.
JEROME N. FRANK LEGAL SVCS. ORG.
michael.wishnie@yale.edu
Phone: (203) 432-4800

Joshua A. Rosenthal, Esq.
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street NW, Suite 200
Washington, DC 20005
Phone: (202) 216-0261

November 13, 2017

Karen C. Tumlin, Esq.
Jessica R. Hanson, Esq.
Mayra B. Joachin, Esq.
Trudy S. Rebert, Esq.*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90070
Phone: (213) 639-3900

Justin Cox, Esq.
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
Phone: (678) 279-5441

**Admitted only in Louisiana*

*Attorneys for* Batalla Vidal *Plaintiff-Respondents*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limit of Federal Rules of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 80 words. I further certify that this response complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5)(A), and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Garamond font.

/s/ Jessica R. Hanson<br>
Jessica R. Hanson

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All counsel in this case are participants in the appellate court's CM/ECF system.

<u>/s/ Jessica R. Hanson</u>
Jessica R. Hanson