## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In Re Elaine Duke, et al.**   Docket No.: **17-3345**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Michael Dundas**

Firm: **Los Angeles City Attorney's Office**

Address: **200 N. Main Street, 800 City Hall East, Los Angeles, CA 90012**

Telephone: **(213) 978-8130**   Fax: **(213) 978-8312**

E-mail: **mike.dundas@lacity.org**

Appearance for: **City of Los Angeles**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Respondents** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **11/13/17**   OR

☐ I applied for admission on _____.

Signature of Counsel: **s/ Michael Dundas**

Type or Print Name: **Michael Dundas**