**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In re: Elaine Duke    Docket No.: 17-3345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Seth P. Waxman

Firm: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 1875 Pennsylvania Avenue NW  Washington, DC 20006

Telephone: 202-6630-6800    Fax: 202-663-6363

E-mail: Seth.Waxman@wilmerhale.com

Appearance for: Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc./ Amici Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: See Attachment A /Respondents )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01-15-2014    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Seth P. Waxman

Type or Print Name: Seth P. Waxman

## ATTACHMENT A – RESPONDENTS

Martin Jonathan Batall Vidal

Make the Road New York

Antonio Alarcon

Eliana Fernandez

Carlos Vargas

Mariano Mondragon

Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals

State of New York

State of Massachusetts

State of Washington

State of Connecticut

State of Delaware

District of Columbia

State of Hawaii

State of Illinois

State of Iowa

State of New Mexico

State of North Carolina

State of Oregon

State of Pennsylvania

State of Rhode Island

State of Vermont

State of Virginia

State of Colorado