# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In re: Elaine Duke**  Docket No.: **17-3345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Ari Holtzblatt**

Firm: **Wilmer Cutler Pickering Hale and Dorr LLP**

Address: **1875 Pennsylvania Avenue NW  Washington, DC 20006**

Telephone: **202-663-6964**   Fax: **202-663-6363**

E-mail: **Ari.Holtzblatt@wilmerhale.com**

Appearance for: **Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc./ Amici Curiae**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **See Attachment A /Respondents** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____  OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Ari Holtzblatt**

Type or Print Name: **Ari Holtzblatt**

## ATTACHMENT A – RESPONDENTS

Martin Jonathan Batall Vidal

Make the Road New York

Antonio Alarcon

Eliana Fernandez

Carlos Vargas

Mariano Mondragon

Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals

State of New York

State of Massachusetts

State of Washington

State of Connecticut

State of Delaware

District of Columbia

State of Hawaii

State of Illinois

State of Iowa

 State of New Mexico

State of North Carolina

State of Oregon

State of Pennsylvania

State of Rhode Island

State of Vermont

State of Virginia

State of Colorado