## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In re Elaine Duke**  Docket No.: **17-3345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew J. Pincus

Firm: Mayer Brown LLP

Address: 1999 K Street NW, Washington, DC 20006

Telephone: 202-263-3220   Fax: 202-263-5220

E-mail: apincus@mayerbrown.com

Appearance for: amici curiae (see attached)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Respondents )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 25, 2016    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Andrew J. Pincus

Type or Print Name: Andrew J. Pincus

Addendum to Notice of Appearance

*Amici Curiae*

1. 6Sense Insights, Inc.
2. A Medium Corporation
3. Adobe Systems Incorporated
4. AdRoll, Inc.
5. Affirm, Inc.
6. Airbnb, Inc.
7. Alation, Inc.
8. Ampush LLC
9. Appboy, Inc.
10. AppNexus, Inc.
11. Asana, Inc.
12. Atlassian Corp. Plc
13. Azavea Inc.
14. Bigtooth Ventures
15. Box, Inc.
16. Brightcove Inc.
17. Brocade Communications Systems, Inc.
18. BSA | The Software Alliance
19. CareZone Inc.
20. CartoDB Inc.
21. Casper Sleep Inc.

22. Castlight Health, Inc.
23. Cavium, Inc.
24. Chegg, Inc.
25. Chobani, LLC
26. Civis Analytics, Inc.
27. Citrix Systems, Inc.
28. ClassPass Inc.
29. Cloudera, Inc.
30. Cloudflare Inc.
31. Codecademy
32. Color Genomics, Inc.
33. The Copia Institute
34. Credit Karma, Inc.
35. DocuSign, Inc.
36. DoorDash, Inc.
37. Dropbox, Inc.
38. eBay Inc.
39. Edmodo, Inc.
40. Electronic Arts Inc.
41. EquityZen Inc.
42. Facebook, Inc.
43. General Assembly Space, Inc.
44. Glassdoor, Inc.

45. Google Inc.
46. Gusto
47. Greenhouse Software, Inc.
48. Hewlett Packard Enterprise
49. Homer Logistics, Inc.
50. IBM Corporation
51. IDEO LP
52. Imgur Inc.
53. Indiegogo, Inc.
54. Kargo
55. Knotel
56. Lam Research Corporation
57. Levi Strauss & Co.
58. Linden Research, Inc.
59. LinkedIn Corporation
60. Lithium Technologies, LLC
61. Lyft, Inc.
62. Lytro, Inc.
63. Mapbox
64. Marin Software Incorporated
65. Medidata Solutions, Inc.
66. Microsoft Corporation
67. Molecule Software, Inc.

68. MongoDB, Inc.
69. Motivate International Inc.
70. Mozilla
71. NETGEAR, Inc.
72. NewsCred, Inc.
73. NIO U.S.
74. Oath Inc.
75. Patreon, Inc.
76. PayPal Holdings, Inc.
77. Pinterest, Inc.
78. Pixability, Inc.
79. Postmates Inc.
80. Quantcast Corp.
81. RealNetworks, Inc.
82. Reddit, Inc.
83. Redfin Corporation
84. salesforce.com inc.
85. Scopely, Inc.
86. Shutterstock, Inc.
87. Singularity University
88. Sizmek, Inc.
89. SpaceX
90. Spokeo, Inc.

91. Spotify USA Inc.

92. Square, Inc.

93. Squarespace, Inc.

94. Strava, Inc.

95. SurveyMonkey Inc.

96. Tesla, Inc.

97. The Software and Information Industry Association.

98. Thumbtack

99. TripAdvisor, Inc.

100. Tumblr, Inc.

101. Turo Inc.

102. Twilio Inc.

103. Twitter Inc.

104. Uber Technologies, Inc.

105. Udacity Inc.

106. Upwork Inc.

107. Verizon Communications Inc.

108. Via

109. Warby Parker

110. Work & Co.

111. Workday, Inc.

112. Yelp Inc.

113. Zendesk, Inc.

Case 17-3345, Document 88, 11/14/2017, 2172195, Page7 of 7