### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re Elaine Duke _____ Docket No.: 17-3345 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Karen W. Lin

Firm: Mayer Brown LLP

Address: 1221 Avenue of the Americas, New York, New York 10020

Telephone: 212-506-2538 Fax: 212-849-5539

E-mail: klin@mayerbrown.com

**Appearance for:** amici curiae (see attached)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Respondents )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Karen W. Lin

Type or Print Name: Karen W. Lin

Addendum to Notice of Appearance

*Amici Curiae*

1.    6Sense Insights, Inc.

2.    A Medium Corporation

3.    Adobe Systems Incorporated

4.    AdRoll, Inc.

5.    Affirm, Inc.

6.    Airbnb, Inc.

7.    Alation, Inc.

8.    Ampush LLC

9.    Appboy, Inc.

10.   AppNexus, Inc.

11.   Asana, Inc.

12.   Atlassian Corp. Plc

13.   Azavea Inc.

14.   Bigtooth Ventures

15.   Box, Inc.

16.   Brightcove Inc.

17.   Brocade Communications Systems, Inc.

18.   BSA | The Software Alliance

19.   CareZone Inc.

20.   CartoDB Inc.

21.   Casper Sleep Inc.

22.    Castlight Health, Inc.

23.    Cavium, Inc.

24.    Chegg, Inc.

25.    Chobani, LLC

26.    Civis Analytics, Inc.

27.    Citrix Systems, Inc.

28.    ClassPass Inc.

29.    Cloudera, Inc.

30.    Cloudflare Inc.

31.    Codecademy

32.    Color Genomics, Inc.

33.    The Copia Institute

34.    Credit Karma, Inc.

35.    DocuSign, Inc.

36.    DoorDash, Inc.

37.    Dropbox, Inc.

38.    eBay Inc.

39.    Edmodo, Inc.

40.    Electronic Arts Inc.

41.    EquityZen Inc.

42.    Facebook, Inc.

43.    General Assembly Space, Inc.

44.    Glassdoor, Inc.

45.   Google Inc.

46.   Gusto

47.   Greenhouse Software, Inc.

48.   Hewlett Packard Enterprise

49.   Homer Logistics, Inc.

50.   IBM Corporation

51.   IDEO LP

52.   Imgur Inc.

53.   Indiegogo, Inc.

54.   Kargo

55.   Knotel

56.   Lam Research Corporation

57.   Levi Strauss & Co.

58.   Linden Research, Inc.

59.   LinkedIn Corporation

60.   Lithium Technologies, LLC

61.   Lyft, Inc.

62.   Lytro, Inc.

63.   Mapbox

64.   Marin Software Incorporated

65.   Medidata Solutions, Inc.

66.   Microsoft Corporation

67.   Molecule Software, Inc.

68.  MongoDB, Inc.

69.  Motivate International Inc.

70.  Mozilla

71.  NETGEAR, Inc.

72.  NewsCred, Inc.

73.  NIO U.S.

74.  Oath Inc.

75.  Patreon, Inc.

76.  PayPal Holdings, Inc.

77.  Pinterest, Inc.

78.  Pixability, Inc.

79.  Postmates Inc.

80.  Quantcast Corp.

81.  RealNetworks, Inc.

82.  Reddit, Inc.

83.  Redfin Corporation

84.  salesforce.com inc.

85.  Scopely, Inc.

86.  Shutterstock, Inc.

87.  Singularity University

88.  Sizmek, Inc.

89.  SpaceX

90.  Spokeo, Inc.

91. Spotify USA Inc.

92. Square, Inc.

93. Squarespace, Inc.

94. Strava, Inc.

95. SurveyMonkey Inc.

96. Tesla, Inc.

97. The Software and Information Industry Association.

98. Thumbtack

99. TripAdvisor, Inc.

100. Tumblr, Inc.

101. Turo Inc.

102. Twilio Inc.

103. Twitter Inc.

104. Uber Technologies, Inc.

105. Udacity Inc.

106. Upwork Inc.

107. Verizon Communications Inc.

108. Via

109. Warby Parker

110. Work & Co.

111. Workday, Inc.

112. Yelp Inc.

113. Zendesk, Inc.