# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3345

**Caption [use short title]**

**Motion for:** leave to file supplemental briefing.

Set forth below precise, complete statement of relief sought:

The Batalla Vidal Respondents respectfully seek leave to file supplemental briefing regarding the effect of the district court's ruling on jurisdiction and justiciability.

# In Re: Elaine Duke

**MOVING PARTY:** Martin Jonathan Batalla Vidal, et al.
**OPPOSING PARTY:** Elaine Duke, et al.

[✓] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [✓] Appellee/Respondent

**MOVING ATTORNEY:** Mayra B. Joachin
**OPPOSING ATTORNEY:** Abby C. Wright

[name of attorney, with firm, address, phone number and e-mail]

National Immigration Law Center
3450 Wilshire Blvd. # 108-62, Los Angeles, CA 90010
(213) 639-3900, Joachin@nilc.org

U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington D.C.
202-514-0664, Abby.Wright@usdoj.gov

**Court- Judge/ Agency appealed from:** Eastern District of New York--Judge Garaufis

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Mayra B. Joachin   **Date:** 11/14/2017   **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No.17-3345

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

*In re* ELAINE DUKE, Acting Secretary of Homeland Security, et al.,

Petitioners.

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
BY *BATALLA VIDAL* RESPONDENTS**

David Chen, Law Student Intern
Susanna D. Evarts, Law Student Intern
Healy Ko, Law Student Intern
Victoria Roeck, Law Student Intern
Hannah Schoen, Law Student Intern
Emily Villano, Law Student Intern
Muneer I. Ahmad, Esq.
Michael J. Wishnie, Esq.
JEROME N. FRANK LEGAL SVCS. ORG.
michael.wishnie@yale.edu
Phone: (203) 432-4800

Joshua A. Rosenthal, Esq.
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street NW, Suite 200
Washington, DC 20005
Phone: (202) 216-0261

Karen C. Tumlin, Esq.
Mayra B. Joachin, Esq.
Jessica R. Hanson, Esq.
Trudy S. Rebert, Esq.
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

Justin Cox, Esq.
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
Phone: (678) 279-5441

Pursuant to Federal Rule of Appellate Procedure 27, the *Batalla Vidal* Respondents respectfully move for leave to submit a supplemental brief regarding the District Court's ruling on jurisdiction and justiciability. The brief is attached as Exhibit A to this motion. This motion is unopposed. Respondents do not know whether Petitioners intend to file a response. The reasons for this motion are set out below.

1. The Petitioners seek a writ of mandamus to avoid completing the administrative record and to prevent discovery in two related cases, both of which allege that the termination of the Deferred Action for Childhood Arrivals program violated, *inter alia,* the Constitution and the Administrative Procedure Act.

2. On October 20, 2017, this Court ordered that the District Court rule on "issues of jurisdiction and justiciability" before this Court would rule on the mandamus petition. Order, ECF No. 40. This Court further ordered that "[r]esponse briefs on the mandamus petition may be filed promptly." *Id.*

3. The *Batalla Vidal* Respondents accordingly filed an answer to the mandamus petition on November 6, 2017, before the District Court ruled on the issues of jurisdiction and justiciability. *See* Answer, ECF No. 55-1. The State Respondents plan to file an answer to the mandamus petition on November 14, 2017. *See* Response, ECF No. 70.

4. On November 9, the District Court ruled on the issues of jurisdiction and justiciability, holding that it had jurisdiction and that the *Batalla Vidal* Respondents' Administrative Procedure Act and equal protection claims were justiciable. The court

2

also held, however, that the *Batalla Vidal* Respondents lacked standing to pursue their procedural due process claim. *See* District Court Order, ECF No. 72.

5. On November 12, 2017, Petitioners filed a motion seeking a schedule for the completion of briefing on the petition and argument, to which the State and *Batalla Vidal* Respondents responded. *See* Mot. to Set Briefing and Argument Schedule, ECF No. 69; States' Response, ECF No. 70; *Batalla Vidal* Response, ECF No. 75.

6. On November 14, the *Batalla Vidal* Respondents sought a Pre-Motion Conference before the District Court for a prospective motion to amend their Second Amended Complaint to add procedural due process claims related to events occurring after the filing of the prior complaint, as well as to seek a briefing schedule on class certification. *See* Letter, *Batalla Vidal v. Baran*, ECF No. 105, No. 16-cv-4756 (E.D.N.Y. Nov. 14, 2017). The District Court will hold a Pre-Motion Conference on November 16, 2017.

7. The *Batalla Vidal* Respondents now seek leave to file the attached brief supplementing the earlier answer to address the effect of the District Court's ruling and further recent developments on the writ of mandamus pending before the Court.

For the foregoing reasons, this Court should grant Respondents' motion and consider the attached supplemental brief.

//

//

//

3

Respectfully submitted,

/s/ Mayra B. Joachin

| | |
|---|---|
| David Chen, Law Student Intern<br>Susanna D. Evarts, Law Student Intern<br>Victoria Roeck, Law Student Intern<br>Healy Ko, Law Student Intern<br>Hannah Schoen, Law Student Intern<br>Emily Villano, Law Student Intern<br>Muneer I. Ahmad, Esq.<br>Michael J. Wishnie, Esq.<br>JEROME N. FRANK LEGAL SVCS. ORG.<br>michael.wishnie@yale.edu<br>Phone: (203) 432-4800 | Karen C. Tumlin, Esq.<br>Mayra B. Joachin, Esq.<br>Jessica R. Hanson, Esq.<br>Trudy S. Rebert, Esq.*<br>NATIONAL IMMIGRATION LAW CENTER<br>3450 Wilshire Blvd., #108-62 Los Angeles, CA 90070 Phone: (213) 639-3900<br><br>Justin Cox, Esq.<br>NATIONAL IMMIGRATION LAW CENTER<br>PO Box 170208<br>Atlanta, GA 30317<br>Phone: (678) 279-5441<br><br>Joshua A. Rosenthal, Esq.<br>NATIONAL IMMIGRATION LAW CENTER<br>1121 14th Street NW, Suite 200 Washington, DC 20005 Phone: (202) 216-0261<br><br>*Admitted only in Louisiana<br><br>Attorneys for Batalla Vidal Plaintiffs-Respondents |
| November 14, 2017 | |

4

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document complies with the type-volume limit of Federal Rules of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 464 words. I further certify that this response complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5)(A), and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Garamond font.

/s/ Mayra B. Joachin
Mayra B. Joachin

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING BY *BATALLA VIDAL* RESPONDENTS and the SUPPLEMENTAL BRIEF BY *BATALLA VIDAL* RESPONDENTS with the Clerk of the Court by using the appellate CM/ECF system on November 14, 2017. All counsel in this case are participants in the appellate court's CM/ECF system.

/s/ Mayra B. Joachin<br>Mayra B. Joachin