UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3345

**Caption [use short title]**

**Motion for:** Leave to File Amicus Curiae Brief

Set forth below precise, complete statement of relief sought:

We respectfully request leave to file a 4400-Word amicus brief on behalf of 113 companies and associations (see attached) in support of Respondents

In re Elaine Duke, et al.

**MOVING PARTY:** See Addendum  **OPPOSING PARTY:** Elaine Duke, et al.

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Andrew J. Pincus  **OPPOSING ATTORNEY:** Abby C. Wright

[name of attorney, with firm, address, phone number and e-mail]

Mayer Brown LLP
1999 K Street NW, Washington, DC 20006
202-263-3000, apincus@mayerbrown.com

U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington, DC
202-514-0664, Abby.Wright@usdoj.gov

**Court- Judge/ Agency appealed from:** United States District Court, Eastern District of New York (Garaufis, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Andrew J. Pincus   **Date:** 11/14/17   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

Addendum to Form T-1080 Motion Information Sheet

Moving Party

1. 6Sense Insights, Inc.
2. A Medium Corporation
3. Adobe Systems Incorporated
4. AdRoll, Inc.
5. Affirm, Inc.
6. Airbnb, Inc.
7. Alation, Inc.
8. Ampush LLC
9. Appboy, Inc.
10. AppNexus, Inc.
11. Asana, Inc.
12. Atlassian Corp. Plc
13. Azavea Inc.
14. Bigtooth Ventures
15. Box, Inc.
16. Brightcove Inc.
17. Brocade Communications Systems, Inc.
18. BSA | The Software Alliance
19. CareZone Inc.
20. CartoDB Inc.

21. Casper Sleep Inc.
22. Castlight Health, Inc.
23. Cavium, Inc.
24. Chegg, Inc.
25. Chobani, LLC
26. Civis Analytics, Inc.
27. Citrix Systems, Inc.
28. ClassPass Inc.
29. Cloudera, Inc.
30. Cloudflare Inc.
31. Codecademy
32. Color Genomics, Inc.
33. The Copia Institute
34. Credit Karma, Inc.
35. DocuSign, Inc.
36. DoorDash, Inc.
37. Dropbox, Inc.
38. eBay Inc.
39. Edmodo, Inc.
40. Electronic Arts Inc.
41. EquityZen Inc.
42. Facebook, Inc.
43. General Assembly Space, Inc.

44. Glassdoor, Inc.
45. Google Inc.
46. Gusto
47. Greenhouse Software, Inc.
48. Hewlett Packard Enterprise
49. Homer Logistics, Inc.
50. IBM Corporation
51. IDEO LP
52. Imgur Inc.
53. Indiegogo, Inc.
54. Kargo
55. Knotel
56. Lam Research Corporation
57. Levi Strauss & Co.
58. Linden Research, Inc.
59. LinkedIn Corporation
60. Lithium Technologies, LLC
61. Lyft, Inc.
62. Lytro, Inc.
63. Mapbox
64. Marin Software Incorporated
65. Medidata Solutions, Inc.
66. Microsoft Corporation

67. Molecule Software, Inc.

68. MongoDB, Inc.

69. Motivate International Inc.

70. Mozilla

71. NETGEAR, Inc.

72. NewsCred, Inc.

73. NIO U.S.

74. Oath Inc.

75. Patreon, Inc.

76. PayPal Holdings, Inc.

77. Pinterest, Inc.

78. Pixability, Inc.

79. Postmates Inc.

80. Quantcast Corp.

81. RealNetworks, Inc.

82. Reddit, Inc.

83. Redfin Corporation

84. salesforce.com inc.

85. Scopely, Inc.

86. Shutterstock, Inc.

87. Singularity University

88. Sizmek, Inc.

89. SpaceX

90. Spokeo, Inc.

91. Spotify USA Inc.

92. Square, Inc.

93. Squarespace, Inc.

94. Strava, Inc.

95. SurveyMonkey Inc.

96. Tesla, Inc.

97. The Software and Information Industry Association.

98. Thumbtack

99. TripAdvisor, Inc.

100. Tumblr, Inc.

101. Turo Inc.

102. Twilio Inc.

103. Twitter Inc.

104. Uber Technologies, Inc.

105. Udacity Inc.

106. Upwork Inc.

107. Verizon Communications Inc.

108. Via

109. Warby Parker

110. Work & Co.

111. Workday, Inc.

112. Yelp Inc.

113. Zendesk, Inc.

# 17-3345

## United States Court of Appeals for the Second Circuit

───────────────────────────────

*In re* ELAINE DUKE, Acting Secretary of Homeland Security; JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, DONALD J. TRUMP, President of the United States; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,

Petitioners.
───────────────────────────────
On Petition for a Writ of Mandamus.
───────────────────────────────

**MOTION FOR LEAVE TO FILE BRIEF OF
113 COMPANIES AND ASSOCIATIONS AS *AMICUS CURIAE*
SUPPORTING RESPONDENTS**

───────────────────────────────

Of Counsel:

Seth Waxman
Patrick J. Carome
Ari Holtzblatt
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000

*Counsel for* Amici Curiae *Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc.*

Andrew J. Pincus
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

Lauren R. Goldman
Karen W. Lin
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500

*Counsel for* Amici Curiae

*Additional counsel on next page*

Janine M. Lopez
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
janine.lopez@wilmerhale.com

*Counsel for* Amici Curiae
*Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc.*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, *amici curiae* (a full list of *amici* is attached as Appendix A to Exhibit A[1]), respectfully move this Court for leave to file the attached brief as *amicus curiae* in support of the district court's decision holding that challenges to the rescission of the Deferred Action for Childhood Action (DACA) program are justiciable in the above-captioned case. In support of this motion, *amici* states as follows:

1. *Amici* are 113 U.S. companies and associations from all sectors of the economy that collectively contribute hundreds of billions of dollars in annual revenue to the American economy. These companies and groups are affected by the rescission of the Deferred Action for Childhood Arrivals (DACA) program, which deferred deportation of Dreamers—immigrants who arrived in the U.S. when they were children—and authorized them to obtain work authorization.

2. That rescission—if permitted to take effect—will inflict significant harm on American companies such as *amici*: It will disrupt their operations, many of which rely on Dreamers as employees;

---

[1] Complete corporate disclosure statements for each *amici* are attached as Appendix B to Exhibit A.

it will hurt their ability to attract diverse and talented employees, business, and investment from around the world to boost innovation and growth; it will eliminate customers for and users of their products and services; and it will depress the national economy, as the U.S. loses Dreamers' considerable tax payments, spending, and investments.

3. The proposed *amicus* brief describes these harms to *amici's* business operations and the U.S. economy, which are relevant to this Court's review of the district court's decision holding that judicial review of the rescission decision is appropriate. The significant harms to *amici* and the U.S. economy underscore the importance of judicial review of the rescission decision, and the proposed *amicus* brief explains why the cause of these harms—DACA's rescission—is both reviewable and contrary to law. The brief thus provides this Court with the unique perspective of companies representing a large cross-section of the U.S. business community, which will assist the Court in evaluating the important issues in this case in a way that is consistent with the law and that serves the best interests of the business community and the U.S. economy. *See Newark Branch, N.A.A.C.P. v. Harrison*, 940 F.2d 792, 808 (3d Cir. 1991).

4. Counsel for Petitioners and Respondents have consented to the filing of an *amicus* brief.

5. Out of an abundance of caution, *amici* file this motion to request the Court's leave to file a 4400-word *amicus* brief.

6. Neither the Federal Rules of Appellate Procedure nor this Court's Rules clearly authorize the filing of an *amicus curiae* brief in connection with a petition for a writ of mandamus, even when the parties have consented to its filing.

7. Because it is unclear whether Fed. R. App. P. 21(d) and Fed. R. App. P. 29(a)(5) limit *amici* to 3,900 words (or 15 pages), and because *amici* believe that a 4400-word brief is warranted in light of the importance and novelty of the issues presented, *amici* request the Court's leave to file a 4400-word brief.

WHEREFORE, *amici* respectfully request that the Court grant their motion for leave to file a 4400-word *amicus curiae* brief and accept for filing the *amicus curiae* brief attached as Exhibit A.

Respectfully submitted,

Of Counsel:

Seth P. Waxman
Patrick J. Carome
Ari Holtzblatt
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com
patrick.carome@wilmerhale.com
ari.holtzblatt@wilmerhale.com

Janine M. Lopez
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
janine.lopez@wilmerhale.com

*Counsel for* Amici Curiae
*Airbnb, Inc., Square, Inc., Twitter, Inc., and Yelp Inc.*

Dated: November 14, 2017

/s/ *Andrew J. Pincus*

Andrew J. Pincus
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

Lauren R. Goldman
Karen W. Lin
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
lrgoldman@mayerbrown.com
klin@mayerbrown.com

*Counsel* for Amici Curiae

## CERTIFICATE OF SERVICE

I hereby certify that that on November 14, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

Dated: November 14, 2017 /s/ *Andrew J. Pincus*