

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

November 16, 2017

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

     Re: <u>In re Duke</u>, Docket No. 17-3345

Dear Ms. Wolfe,

     We write to advise the Court of an inadvertent typographical error in our brief in opposition to the petition for a writ of mandamus, filed on November 14, 2017. In footnote 16, on page 34 of the brief, the citation within the opening sentence of the second paragraph presently reads: "(*see* MTD Op. 18-24)." The citation was intended to refer to the States' Opposition to the Motion to Dismiss in the district court, not the district court's ruling on that motion. Accordingly, the quoted citation should instead be as follows: "(ECF-82, at 18-24)." The citation in the parenthetical in the next sentence—which now reads: "(*id.* 41-43)"—should continue to refer to the district court's opinion, and so should now be: "(MTD Op. 41-43)." These changes do not alter the word count of our brief in opposition.

     Thank you for your attention.

                                 Respectfully submitted,

                                 <u>/s/ David S. Frankel        </u>

                                 DAVID S. FRANKEL
                                 Assistant Solicitor General