# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand and seventeen.

Before: Dennis Jacobs,
    *Circuit Judge.*

_____

In Re: Elaine C. Duke, Acting Secretary of Homeland Security,

--------------------------------------------------------

Elaine C. Duke, Acting Secretary of Homeland Security, Jefferson B. Sessions III, United States Attorney General, Donald J. Trump, President of the United States, United States Citizenship and Immigration Services, United States Immigration and Customs Enforcement, United States of America,

        Petitioners,

v.

Martin Jonathan Batalla Vidal, Make the Road New York, Antonio Alarcon, Eliana Fernandez, Carlos Vargas, Mariano Mondragon, Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals, State of New York, State of Massachusetts, State of Washington, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Iowa, State of New Mexico, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia, State of Colorado,

        Respondents.

_____

**ORDER**

Docket No. 17-3345

On October 24, 2017, the Court extended the stay entered October 20, 2017 until determination of the petition for a writ of mandamus filed by the Government on October 23, 2017.

Pending before the Court is the Government's motion and state respondents' response requesting that a briefing schedule and expedited hearing date be set for the determination of the mandamus petition. Also pending are a motion filed on November 14, 2017 by the private party respondents for permission to file a supplemental brief and a motion filed on November 15, 2017 by proposed amicus curie parties for permission to file a brief and permission for that brief to exceed the length limitation set in FRAP.

IT IS HEREBY ORDERED that the portion of the motion seeking dates for filing briefs is granted to the extent of permitting the Government to file a reply brief on November 21, 2017 and is otherwise denied as moot since the respondents' principal briefs have been filed. The Clerk of Court is directed to place the petition for a writ of mandamus on the calendar for the next available panel. The two other pending motions are referred to the merits panel for determination.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court