

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7323
Washington, DC 20530

Tel: 202-514-4332

VIA CM/ECF

November 17, 2017

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: *In Re: Elaine C. Duke*, No. 17-3345 (2d Cir.)

Dear Ms. Wolfe:

    In light of Court's order to place the petition for a writ of mandamus on the calendar for the next available panel, I write to inform you that Hashim M. Mooppan, Deputy Assistant Attorney General, who will be presenting argument on behalf of the petitioners, is not available the week of December 4th (due to oral arguments in the Fourth and Ninth Circuits), or December 21-22 (when he will be out of the country).

    Sincerely,

    s/ Thomas Pulham

    Thomas Pulham
    Attorney

cc: all counsel (via CM/ECF)