# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

November 17, 2017

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *In Re Elaine Duke*, 17-3345

Dear Ms. O'Hagan Wolfe,

    Pursuant to Fed. R. App. P. 28(j), we write to inform the Court of two recent decisions relevant to Respondents' position that a writ of mandamus is inappropriate in this case because the District Court acted reasonably in ordering completion of the administrative record and discovery on constitutional claims. Please provide copies of this letter to the judges assigned to this case.

    Respondent States have noticed this Court of the Ninth Circuit decision in the parallel case to this one denying petitioners' request for a writ of mandamus. Order, *In Re USA, et al.*, No. 17-72917, ECF No. 35; Letter on behalf of Respondent States, ECF No. 117. We write separately to alert the Court of the sections of Respondents' brief which this decision supports. *See* 17-2245, ECF No. 55, Respondents' Mandamus Response 13-30.

    In addition, on November 16, 2017, the U.S. District Court for the Eastern District of New York granted Respondents leave to amend their complaint to include a procedural due process claim on behalf of individuals whose DACA applications were improperly rejected due to, *inter alia*, post office processing delays and clerical errors. Minute Entry, *Batalla Vidal v. Duke*, 1:16-cv-04756-NGG-JO (E.D.N.Y. Nov. 16, 2017). This followed an announcement by the United States Citizenship and Immigration Services ("USCIS") that it would reconsider previously rejected applications if individuals provide proof that their request was mailed in a timely manner and the cause of late receipt was the result of a mail service error. "USCIS Guidance on DACA Renewal Requests Affected by Mail Service Issues," U.S. Citizenship and Immigration Services (Nov. 15, 2017), available at https://www.uscis.gov/news/alerts/uscis-guidance-daca-renewal-requests-affected-mail-service-issues.

    Sincerely,

    /s/ Muneer I. Ahmad

| | |
|---|---|
| David Chen, Law Student Intern | Karen C. Tumlin, Esq. |
| Susanna D. Evarts, Law Student Intern | Jessica R. Hanson, Esq. |
| Healy Ko, Law Student Intern | Mayra B. Joachin, Esq. |
| Victoria Roeck, Law Student Intern | Trudy S. Rebert, Esq.* |
| Hannah Schoen, Law Student Intern | NATIONAL IMMIGRATION LAW CENTER |

Emily Villano, Law Student Intern
Muneer I. Ahmad, Esq.
Michael J. Wishnie, Esq.
JEROME N. FRANK LEGAL SVCS. ORG.
muneer.ahmad@yale.edu
Phone: (203) 432-4800

Joshua A. Rosenthal, Esq.
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street NW, Suite 200
Washington, DC 20005
Phone: (202) 216-0261

3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900


Justin Cox, Esq.
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
Phone: (678) 279-5441

*Admitted only in Louisiana

Attorneys for Batalla Vidal et al. Plaintiffs

Attachments:  Minute Entry, *Batalla Vidal v. Duke*, 1:16-cv-04756-NGG-JO (E.D.N.Y. Nov. 16, 2017); "USCIS Guidance on DACA Renewal Requests Affected by Mail Service Issues," U.S. Citizenship and Immigration Services (Nov. 15, 2017), available at https://www.uscis.gov/news/alerts/uscis-guidance-daca-renewal-requests-affected-mail-service-issues.

cc (with attachments): All parties, via ECF

**Subject:** Activity in Case 1:16-cv-04756-NGG-JO Batalla Vidal v. Baran et al Pre Motion Conference
**Date:** Friday, November 17, 2017 at 10:24:45 AM Eastern Standard Time
**From:** ecf_bounces@nyed.uscourts.gov
**To:** nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 11/17/2017 at 10:24 AM EST and filed on 11/17/2017
**Case Name:**        Batalla Vidal v. Baran et al
**Case Number:**      [1:16-cv-04756-NGG-JO](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Pre-Motion Conference held on 11/16/2017. The court granted Plaintiffs leave to amend their [60] complaint. If Plaintiffs amend their complaint, they must do so by no later than January 5, 2018. The court set the following briefing schedule for Plaintiffs' anticipated motion for class certification: Plaintiffs shall file their motion by no later than December 15, 2017; and Defendants shall file their opposition by no later than January 13, 2018. The parties are directed to disregard the court's Individual Rule III(B), regarding the bundling of motion papers, for purposes of the anticipated motion. (Court Reporter Lisa Schmid) (Scott, Conrad)**

**1:16-cv-04756-NGG-JO Notice has been electronically mailed to:**

Michael J. Wishnie     michael.wishnie@yale.edu, adan.martinez@ylsclinics.org, amit.jain@ylsclinics.org, darweesh@mailman.yale.edu, hannah.schoen@ylsclinics.org, jordan.cohen@clinics.yale.edu, joseph.meyers@ylsclinics.org, muneer.ahmad@ylsclinics.org, susanna.evarts@ylsclinics.org, villano@ylsclinics.org, yun.tang@ylsclinics.org, zachary-john.manfredi@clinics.yale.edu

Scott Dunn     Scott.Dunn@usdoj.gov, caseview.ecf@usdoj.gov

Amy S. Taylor     amy.taylor@maketheroadny.org, amysylviataylor@gmail.com

Joseph Anthony Marutollo     joseph.marutollo@usdoj.gov, caseview.ecf@usdoj.gov

Karen C. Tumlin     tumlin@nilc.org, miller@nilc.org

Justin B. Cox     cox@nilc.org, miller@nilc.org

Clement Lee    clement.lee@maketheroadny.org

Muneer Ahmad    muneer.ahmad@yale.edu, muneer.ahmad@ylsclinics.org

Marisol Orihuela    marisol.orihuela@yale.edu

Jessica Hanson    hanson@nilc.org, alcala@nilc.org, cabell@nilc.org, joachin@nilc.org

Mayra B. Joachin    joachin@nilc.org, alcala@nilc.org, chang@nilc.org, rebert@nilc.org

Brett Shumate    brett.a.shumate@usdoj.gov

Brad Rosenberg    brad.rosenberg@usdoj.gov, fedprog.ecf@usdoj.gov

Stephen M. Pezzi    stephen.pezzi@usdoj.gov

Joshua Rosenthal    rosenthal@nilc.org, stehlik@nilc.org

Kate Bailey    kate.bailey@usdoj.gov

**1:16-cv-04756-NGG-JO Notice will not be electronically mailed to:**

Antonio Alarcon



# USCIS Guidance on DACA Renewal Requests Affected by Mail Service Issues

[Versión en español](#)

U.S. Citizenship and Immigration Services (USCIS) has received reports that the U.S. Postal Service (USPS) has identified USPS mail service delays that affected a number of DACA renewal requests. Because the DACA policy has been rescinded and individuals can no longer request deferred action under DACA, and in light of the mail service delays identified by USPS, Acting Secretary of Homeland Security Elaine Duke has directed USCIS to accept DACA renewal requests from individuals who resubmit their DACA renewal request with individualized proof that the request was originally mailed in a timely manner and that the cause for receipt after the Oct. 5, 2017, deadline was the result of USPS mail service error. Affected DACA requestors who do not have such proof may contact USPS, which will review the cases on an individual basis and provide a letter if appropriate. USCIS will not accept requests that do not include individualized proof that the request was originally mailed in a timely manner to be received by the October 5 deadline, and that the cause for receipt after the Oct. 5, 2017, deadline was the result of USPS mail service error.

In addition, USCIS had discovered certain cases in which the DACA requests were received at the designated filing location (*e.g.*, at the applicable P.O. Box) by the filing deadline, but were rejected. USCIS will proactively reach out to those DACA requestors to inform them that they may resubmit their DACA request. If a DACA requestor does not receive such a notification and believes that his or her DACA request was received at the designated filing location by the filing deadline, he or she may resubmit his or her DACA request with proof that the request was previously received at the designated filing location on or before the filing deadline.

Additional guidance will be provided on Monday, November 20.

Last Reviewed/Updated: 11/17/2017