**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: November 20, 2017
Docket #: 17-3345op
Short Title: In Re: Elaine Duke

DC Docket #: 16-cv-4756
DC Court: EDNY (BROOKLYN)
DC Docket #: 17-cv-5228
DC Court: EDNY (BROOKLYN)
DC Judge: Orenstein
DC Judge: Garaufis

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A petition for writ of mandamus filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Thursday, December 14, 2017 B Panel. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 15th Floor, Room 1505.

Inquiries regarding this case may be directed to 212-857-8595.