

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

November 17, 2017

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re: <u>In re Duke</u>, Docket No. 17-3345

Dear Ms. Wolfe,

    The respondent States write pursuant to Rule 28(j), to inform this Court that the Ninth Circuit has denied mandamus in a similarly postured challenge to petitioners' termination of DACA, *In re United States*, No. 17-72917 (9th Cir. Nov. 16, 2017), ECF No. 35. Confronting the same record presented here, the Ninth Circuit held that a California district court had not clearly erred in determining that petitioners failed "to provide a complete administrative record." Op. 3.

    The Ninth Circuit agreed with the standard applied by the district court here: an agency must produce "all documents and materials directly or *indirectly* considered by agency decisionmakers." Op. 5-6. The Circuit rejected petitioners' argument that an agency need produce only those documents "support[ing] or form[ing] the basis for" its decision, as opposed to "all materials *considered* by agency decision-makers." Op. 9 (quotation marks omitted). The Circuit also identified deficiencies in the same record presented here, citing the absence of materials (1) from DOJ; (2) considered by Acting Secretary Duke's subordinates, and (3) addressing the Administration's reversal on DACA's legality. Op. 8-9. Finally, the Circuit upheld a requirement to produce a privilege log as permitted by controlling law and consistent with routine practice. Op. 16-17.

The same conclusions apply even more strongly here, because the Eastern District of New York's orders were narrower than those of its California counterpart. One Ninth Circuit judge faulted the California district court for (1) rejecting assertions of deliberative privilege; and (2) declining to exempt White House materials potentially subject to executive privilege. *See* No. 17-72917 (9th Cir.), ECF No. 35-2 at 3, 5-6 (Watford, J., dissenting). The district court here has not ordered production of any assertedly privileged documents, and has expressly limited the record to DHS and DOJ materials. *See* Mandamus Opposition, CA2 No. 17-3345, ECF No. 93 at 11-12, 30-31. Thus, the dissenter's principal concerns have no bearing here. Further, as this Court's precedents make clear, the dissenting judge erred in equating a request to *complete* the administrative record with a request to *expand* that record. *Id.* at 27; Watford Dissent at 3.

Respectfully submitted,

/s/ David S. Frankel

DAVID S. FRANKEL
Assistant Solicitor General
(212) 416-6197

2