## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In Re: Elaine C. Duke, Acting Secretary of Homeland Security**　　Docket No.: **17-3345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Michael E. Wall**

Firm: **Natural Resources Defense Council, Inc.**

Address: **111 Sutter Street, 21st Floor**

Telephone: **415-875-6162**　　Fax: **415-795-4799**

E-mail: **mwall@nrdc.org**

Appearance for: **Natural Resources Defense Council, Inc.**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Respondents** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **8/22/2016** OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Michael E. Wall**

Type or Print Name: **Michael E. Wall**