UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3345

**Caption [use short title]**

**Motion for:** Leave to File Amicus Brief

Set forth below precise, complete statement of relief sought:

Leave to file amicus brief in support of respondents.

## In Re: Elaine C. Duke

**MOVING PARTY:** Natural Resources Defense Council, Inc.
**OPPOSING PARTY:** Respondents Elaine C. Duke, et al.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael E. Wall
**OPPOSING ATTORNEY:** Abby C. Wright

[name of attorney, with firm, address, phone number and e-mail]

Natural Resources Defense Council
U.S. Department of Justice, Civil Division, Appellate Staff

111 Sutter Street, 21st Floor, San Francisco, CA 94104
950 Pennsylvania Ave., NW, Washington, DC 20530

415-875-6100; mwall@nrdc.org
202-514-0664; Abby.Wright@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S. District Court, Eastern District of New York (Garaufis, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☑ Yes ☐ No If yes, enter date: December 14, 2017

**Signature of Moving Attorney:**
/s/ Michael E. Wall   **Date:** 11/21/2017   Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 17-3345

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

*In Re:* ELAINE C. DUKE, Acting Secretary of Homeland Security,

ELAINE C. DUKE, Acting Secretary of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; DONALD J. TRUMP, President of the United States; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,

*Petitioners*,

v.

MARTIN JONATHAN BATALLA VIDAL, MAKE THE ROAD NEW YORK, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, STATE OF NEW YORK, STATE OF MASSACHUSETTS, STATE OF WASHINGTON, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF IOWA, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF VIRGINIA, STATE OF COLORADO,

*Respondents*.

**MOTION OF NATURAL RESOURCES DEFENSE COUNCIL FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF RESPONDENTS**

> MICHAEL E. WALL
> Natural Resources Defense Council
> 111 Sutter Street, 21st Floor
> San Francisco, CA 94104
> (415) 875-6100

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, amicus curiae Natural Resources Defense Council, Inc., submits that it has no parent corporations and no publicly issued stock shares or securities. No publicly held corporation holds stock in Amicus.

Natural Resources Defense Council, Inc. (NRDC), respectfully moves for leave to file an amicus curiae brief in support of Respondents. Petitioners' counsel has indicated Petitioners' opposition, based on timing. Respondents have consented to this motion.

## I. NRDC's Interests as Amicus

NRDC is a nonprofit environmental and health group, founded in 1970, with hundreds of thousands of members throughout the United States. NRDC's staff of scientists, lawyers, and other professionals advance its mission through analysis, public advocacy, and—when necessary— litigation to vindicate its members' rights and to enforce the environmental and health safeguards.

NRDC has litigated many hundreds of cases involving claims against federal agencies. In some cases, NRDC has challenged agency decisions; in others, NRDC has been aligned with a federal agency in defending agency action. Much of this litigation has arisen under statutes that require judicial review to be conducted on the record of the proceedings before the agency. *See, e.g.*, 5 U.S.C. § 706. Disputes arise in such cases about the scope of administrative records. NRDC has considerable experience with these

1

issues, and seeks leave to file an amicus brief to assist the Court in reaching a just resolution that allows effective judicial review by ensuring that agencies submit administrative records that accurately reflect their proceedings.

II.     **Reasons Why NRDC's Amicus Brief Is Desirable and Relevant**

NRDC's proposed amicus brief draws on NRDC's nearly fifty years of experience with record-review litigation against and alongside federal agencies in district and appellate courts. The brief addresses two issues central to this mandamus proceeding: (1) Does the Administrative Procedure Act's requirement that judicial review be based on the "whole record," or the parts cited by the parties, 5 U.S.C. § 706, generally require agency administrative records to encompass all information directly and indirectly considered by the agency during its proceeding? (2) When withholding materials from the administrative record based on an assertion of the qualified deliberative-process privilege, must the federal agency identify the withheld materials on a privilege log and show that the agency's interest in nondisclosure outweighs the public interest in judicial review based on the whole record?

2

Amicus files this motion and the accompanying amicus brief seven days after the principal brief of Respondents, whose position the brief supports. The brief is therefore within the time allowed under Fed. R. App. P. 29(a)(6), to the extent that rule applies to mandamus proceedings. Amicus were unable to file this brief sooner, since they first learned of this proceeding last week, when their counsel was out of the office. The argument date, December 14, 2017, is still three weeks away. Petitioners should be readily familiar with the amicus brief's contents, as it is materially similar to an amicus brief that NRDC filed on November 1, 2017, in the Ninth Circuit, in a case involving the same subject matter, several of the same Petitioners, and the same Petitioners' counsel. *See* ECF. No. 26-1, *In re: United States of America*, No. 17-72917 (9th Cir.).

Most importantly, NRDC's amicus brief presents analysis that is different from that in the parties' briefs, and which may assist the Court to reach a just and accurate result. NRDC therefore respectfully moves for leave to file its amicus brief in this case.

//

November 21, 2017    Respectfully submitted,

<div style="margin-left:2em;">

/s/ Michael E. Wall
MICHAEL E. WALL
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
mwall@nrdc.org
(415) 875-6100

</div>

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(a) because it contains 535 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 and 14-point Book Antiqua font.

November 21, 2017 /s/ Michael E. Wall
Michael E. Wall

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on November 21, 2017. All counsel in this case are registered CM/ECF users.

| | |
|---|---|
| November 21, 2017 | /s/ Michael E. Wall |
| | Michael E. Wall |