# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand and seventeen,

_____

| | |
|---|---|
| In Re: Elaine C. Duke, Acting Secretary of Homeland Security, | **ORDER** <br> Docket No. 17-3345 |

------------------------------------------------------------------------------------

Elaine C. Duke, Acting Secretary of Homeland Security, Jefferson B. Sessions III, United States Attorney General, Donald J. Trump, President of the United States, United States Citizenship and Immigration Services, United States Immigration and Customs Enforcement, United States of America,

        Petitioners,

v.

Martin Jonathan Batalla Vidal, Make the Road New York, Antonio Alarcon, Eliana Fernandez, Carlos Vargas, Mariano Mondragon, Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals, State of New York, State of Massachusetts, State of Washington, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Iowa, State of New Mexico, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia, State of Colorado,

        Respondents.

_____

IT IS HEREBY ORDERED that Movant Natural Resources Defense Council's motion for leave to file an Amicus Curiae brief is GRANTED.

                                          For The Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

