# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3345

**Caption [use short title]**

**Motion for:** Leave to Appear Pro Hac Vice

Set forth below precise, complete statement of relief sought:

Pursuant to Local Rule 46.1(d) counsel seeks leave to appear pro hac vice in the above captioned matter on behalf of the State of Washington.

In re: Elaine C. Duke

**MOVING PARTY:** Respondent - State of Washington
**OPPOSING PARTY:** Petitioner - United States

[ ] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

**MOVING ATTORNEY:** Colleen M. Melody
**OPPOSING ATTORNEY:** Abby C. Wright

[name of attorney, with firm, address, phone number and e-mail]

Washington State Attorney General
800 Fifth Avenue, Suite 2000, Seattle, WA 98104
(206) 464-5342; ColleenM1@atg.wa.gov

U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue NW, Washington, DC 20530
(202) 514-0664; Abby.Wright@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S. District Court, Eastern District of New York; Judge Nicholas G. Garaufis

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Colleen Melody  **Date:** 11/29/2017  **Service by:** [ ] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

ELAINE DUKE, Duke, Acting Secretary of
Homeland Security; et al.,
                      *Petitioners*,                 No. 17-3345

v.

STATE OF NEW YORK, et al.,
                      *Respondents*.
_____

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO RULE 46.1 of the Local Rules of the United States Court of Appeals for the Second Circuit, I, Colleen M. Melody, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Respondent the State of Washington in the above-captioned action. I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 29, 2017                          Respectfully submitted,

                                                             **BOB FERGUSON**
                                                              Attorney General of Washington

                                                              s/ *Colleen Melody*
                                                              COLLEEN M. MELODY, WSBA #42275
                                                              Civil Rights Unit Chief
                                                              Office of the Attorney General
                                                              800 Fifth Avenue, Suite 2000
                                                              Seattle, WA  98104
                                                              Phone: (206) 464-5342
                                                              Email: Colleenm1@atg.wa.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court by emailing the Motion Information Statement and Motion for Admission Pro Hac Vice to newcases@ca2.uscourts.gov. Service in compliance with Federal Rule of Appellate Procedure 25(d) will be accomplished by e-mail to the following recipients: Mark.Stern@usdoj.gov; Abby.Wright@usdoj.gov.

s/ *Colleen Melody*
COLLEEN MELODY