## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing SUPPLEMENTAL BRIEF BY BATALLA VIDAL RESPONDENTS with the Clerk of the Court of the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on November 30, 2017. All counsel in this case are participants in the appellate court's CM/ECF system. A copy will also be delivered to the district court.

/s/ Mayra B. Joachin
MAYRA B. JOACHIN