**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand and seventeen,

_____

| | |
|---|---|
| In Re: Elaine C. Duke, Acting Secretary of Homeland Security, | **ORDER**<br>Docket No. 17-3345 |

------------------------------------------------------

Elaine C. Duke, Acting Secretary of Homeland Security, Jefferson B. Sessions III, United States Attorney General, Donald J. Trump, President of the United States, United States Citizenship and Immigration Services, United States Immigration and Customs Enforcement, United States of America,

        Petitioners,

v.

Martin Jonathan Batalla Vidal, Make the Road New York, Antonio Alarcon, Eliana Fernandez, Carlos Vargas, Mariano Mondragon, Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals, State of New York, State of Massachusetts, State of Washington, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Iowa, State of New Mexico, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia, State of Colorado,

        Respondents.

_____

IT IS HEREBY ORDERED that the motion by Respondent State of Washington for admission pro hac vice for Colleen Melody is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

