

MBS:ACWright

Abby Wright
Abby.Wright@usdoj.gov

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7252
Washington, DC 20530

Tel: (202) 514-0664

December 4, 2017

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the
   Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
VIA CM/ECF

      Re:    *In re Duke*, No. 17-3345

Dear Ms. O'Hagan Wolfe:

      As the Court is aware, parallel litigation is ongoing in the Northern District of California, and the Ninth Circuit recently denied the government's petition for writ of mandamus. We write to inform the Court that on December 1, 2017, the government filed a motion for stay and a petition for writ of mandamus in the Supreme Court in that litigation. Those filings have been docketed at 17A570 and 17-801.

                                             Sincerely,

                                             /s/ Abby C. Wright
                                           Abby C. Wright
                                           Counsel for Petitioners

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 4, 2017, I electronically served and filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                            */s/ Abby C. Wright*  
                                            Abby C. Wright  
                                            Counsel for Petitioners