

MBS:ACWright

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7252
Washington, DC 20530

Abby Wright  Tel: (202) 514-0664
Abby.Wright@usdoj.gov

December 11, 2017

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the
　Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
VIA CM/ECF

　　Re:　*In re Duke*, No. 17-3345 (Oral Argument Dec. 14)

Dear Ms. O'Hagan Wolfe:

　　We write to inform the Court that on December 8, 2017, the Supreme Court granted the government's stay application in *In re United States*, No. 17A570, pending disposition of the government's petition in the parallel litigation arising out of the Northern District of California. The Supreme Court ordered a response to the government's petition to be filed by 4pm on Wednesday, December 13, 2017.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　/s/ Abby C. Wright
　　　　　　　　　　　　　　　Abby C. Wright
　　　　　　　　　　　　　　　Counsel for Petitioners

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 11, 2017, I electronically served and filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Abby C. Wright*
Abby C. Wright
Counsel for Petitioners