

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

December 21, 2017

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re: <u>In re Duke</u>, Docket No. 17-3345

Dear Ms. Wolfe,

    The State respondents write pursuant to Rule 28(j), to inform this Court that the Supreme Court has disposed of the petitions for mandamus and certiorari in a parallel challenge to the legality of petitioners' conduct in terminating DACA. *In re United States*, No. 17-801 (Sup. Ct. Dec. 20, 2017). The Court granted certiorari and remanded with instructions for the district court in that case to (i) stay discovery pending its resolution of petitioners' threshold justiciability arguments, *id.* at 4; (ii) consider whether "narrower amendments to the record are necessary and appropriate," *id.*—for example, whether petitioners were properly directed to produce DACA-related materials from "anywhere in the government," *id.* at 3; and (iii) permit petitioners to present argument on any asserted privileges before compelling the disclosure of assertedly privileged documents, *id.* at 4.

    The Court thus effectively rejected petitioners' arguments that the record they have produced in these cases is complete, and that a district court with jurisdiction to decide the underlying merits lacks authority to direct completion—and production of a privilege log—absent some showing of bad faith.

In this case, the Eastern District of New York has already concluded that the threshold justiciability arguments presented to it do not bar this suit. Moreover, the court has expressly declined to order the production of materials from "anywhere in the government," *id.* at 3, instead limiting the scope of the administrative record to documents from agency decisionmakers at the Department of Homeland Security and the Department of Justice, *see* Mem. & Order at 7, State of New York v. Trump, No. 17-cv-5228 (E.D.N.Y. Oct. 17, 2017), ECF No. 63. Finally, because petitioners have not yet made any specific claims of privilege to the court, the need for briefing on such claims has not yet arisen.

Thus, the reasons for the corrective action ordered by the Supreme Court in the Ninth Circuit case are not present here. Rather, the Supreme Court's ruling confirms that mandamus is unwarranted in this case, and that this Court should deny the petition and permit the district court proceedings to continue.

Respectfully submitted,

/s/ David S. Frankel

DAVID S. FRANKEL
Assistant Solicitor General
(212) 416-6197