**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 27, 2017
Docket #: 17-3345op
Short Title: In Re: Elaine Duke

DC Docket #: 16-cv-4756
DC Court: EDNY (BROOKLYN)DC Docket #: 17-cv-5228
DC Court: EDNY (BROOKLYN)
DC Judge: Orenstein
DC Judge: Garaufis

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.