

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7252
Washington, DC 20530

Mark B. Stern                  Tel: (202) 514-5089
mark.stern@usdoj.gov

December 30, 2017

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the
   Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
VIA CM/ECF

      Re:    *In re Nielsen*, No. 17-3345

Dear Ms. O'Hagan Wolfe:

      Please find attached the orders of the magistrate judge and district court that are referenced in our emergency motion for stay filed earlier today.

                          Sincerely,

                          /s/ Mark B. Stern
                          Mark B. Stern
                          Counsel for Petitioners

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 30, 2017, I electronically served and filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                        */s/ Mark B. Stern*
                                                        Mark B. Stern
                                                        Counsel for Petitioners