| 12/29/2017 | | ORDER re: Defendants' Motion for Certification of This Court's Order of November 9, 2017, for Interlocutory Appeal and for a Stay of Record Supplementation and Discovery (Dkt. 219 in 16-CV-4756; Dkt. 184 in 17-CV-5228): Plaintiffs are DIRECTED to respond to the Motion by no later than January 3, 2018. Ordered by Judge Nicholas G. Garaufis on 12/29/2017. (Scott, Conrad) (Entered: 12/29/2017) |
|---|---|---|