

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7252
Washington, DC 20530

Mark B. Stern     Tel: (202) 514-5089
mark.stern@usdoj.gov

December 30, 2017

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the
   Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
VIA CM/ECF

    Re:    *In re Nielsen*, No. 17-3345

Dear Ms. O'Hagan Wolfe:

    This afternoon, the district court granted the government's motion for an administrative stay in the underlying matters. We therefore withdraw our emergency stay motion (ECF No. 174) at this time.

    A copy of the district court's order granting the administrative stay is attached.

                               Sincerely,

                               /s/ Mark B. Stern
                               Mark B. Stern
                               Counsel for Petitioners

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 30, 2017, I electronically served and filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ Mark B. Stern
Mark B. Stern
Counsel for Petitioners