| 12/30/2017 | Order re: Defendants' Motion for an Administrative Stay (Dkts. 219, 220 in 16-CV-4756; Dkts. 184, 186 in 17-CV-5228): The Motion is GRANTED. Record supplementation and discovery are stayed pending consideration of Defendants' motion for certification of the court's November 9, 2017, order for interlocutory appeal. (See USCA Dec. 27, 2017, Order (Dkt. 210 in 16-CV-4756; Dkt. 177 in 17-CV-5228) at 4 ("While we decline to reserve decision on this petition while the Government pursues an interlocutory appeal, it may be prudent for the District Court to stay discovery pending the resolution of such proceedings.").) Ordered by Judge Nicholas G. Garaufis on 12/30/2017. (Scott, Conrad) (Entered: 12/30/2017) |