# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand and eighteen.

_____

| | |
|---|---|
| In Re: Kirstjen M. Nielsen, Secretary of Homeland Security, | **ORDER** |
| ----------------------------------------------- | Docket No. 17-3345 |
| Kirstjen M. Nielsen, Secretary of Homeland Security, et al., | |
|     Petitioners, | |
| v. | |
| Martin Jonathan Batalla Vidal, et al., | |
|     Respondents. | |

_____

    By letter dated December 30, 2017, the Government withdraws its emergency motion (ECF No. 174) for a stay of the record supplementation and discovery obligations pending the resolution of interlocutory appeal proceedings.

    IT IS HEREBY ORDERED that the stay motion is deemed WITHDRAWN.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

